IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ARIZONA

| | | |
|---|---|---|
| 24 Hour Fitness USA, Inc., | ) | No. CV-11-2421-PHX-ROS |
| Petitioner, | ) | **ORDER** |
| vs. | ) | |
| Tyler Gossett, | ) | |
| Respondent. | ) | |

On April 11, 2012, the Court ordered Petitioner to "establish why this case should not be dismissed as duplicative" of the earlier filed petition pending in the Northern District of California. (Doc. 13). In responding to that Order, Petitioner does not offer a convincing explanation of its actions. As admitted by Petitioner, either the earlier filed petition in the Northern District of California will be transferred to this Court, or Petitioner "will be enjoined from prosecuting the Petition pending in this District." (Doc. 15 at 5). In other words, there is *no set of circumstances* where the present petition to compel arbitration is necessary; either the earlier filed petition will be transferred to Arizona or the present petition will be enjoined by the Northern District of California.

The "first to file rule is not a rigid or inflexible rule to be mechanically applied, but rather is to be applied with a view to the dictates of sound judicial administration." *Pacesetter Sys. Inc., v. Medtronic, Inc.*, 678 F.2d 93, 94-95 (9th Cir. 1982). The petition in the Northern District of California was filed earlier and Petitioner believes that court is the

1 appropriate court to decide the location of arbitration. Therefore, sound judicial
2 administration requires this case be dismissed.
3     Accordingly,
4     **IT IS ORDERED** the Motion for Extension of Time (Doc. 11) is **DENIED**.
5     **IT IS FURTHER ORDERED** the Clerk of Court shall dismiss this case.
6     DATED this 19th day of April, 2012.

Roslyn O. Silver
Chief United States District Judge