# UNITED STATES DISTRICT COURT
# DISTRICT OF ARIZONA

| | | |
|---|---|---|
| 24 Hour Fitness USA, Inc., | ) | **JUDGMENT IN A CIVIL CASE** |
| | ) | |
| Plaintiff, | ) | CV-11-2421-PHX-ROS |
| | ) | |
| v. | ) | |
| | ) | |
| Tyler Gossett, | ) | |
| | ) | |
| Defendant. | ) | |

\_\_\_   Jury Verdict.  This action came before the Court for a trial by jury.  The issues have been tried and the jury has rendered its verdict.

_X_   Decision by Court.  This action came for consideration before the Court.  The issues have been considered and a decision has been rendered.


IT IS ORDERED AND ADJUDGED that pursuant to the Court's order filed April 19, 2012, judgment is entered in favor of defendant and against plaintiff. Plaintiff to take nothing, and complaint and action are dismissed.

                                             BRIAN D. KARTH
                                             District Court Executive/Clerk

April 19, 2012

                                           s/L. Dixon
                                           By: Deputy Clerk

cc: (all counsel)